

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

The request is granted. The conference is adjourned from February 4, 2022 to March 11, 2022, at 10:00 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
January 28, 2022

January 27, 2022

**DELIVERED VIA ECF**

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

        Case Title:       *Lixenberg v. Lebrun, et al.*
                            1:21-cv-07330
        Re:               **Request for Adjournment of Initial Pretrial Conference**

Your Honor:

    As you know, our office represents Plaintiff Dana Ruth Lixenberg ("Lixenberg") in the above-referenced case. We write to respectfully request an adjournment of the initial pretrial conference, currently set for Friday, February 4, 2022 at 10:00 am. The reason for this request is that Lixenberg served Calvin Lebrun, an individual and the only defendant in this action, on October 6, 2021. (Dkt. #8.) The parties are currently attempting to negotiate settlement. The parties are engaging in limited discovery, but counsel for Plaintiff has not yet received sufficient information necessary for settlement.

    In order to allow time for settlement discussions, Lixenberg respectfully requests a 30-day adjournment of the initial pretrial conference, or a date thereafter convenient to the Court. This is the first request for an adjournment of the initial pretrial conference.

    We thank Your Honor for your consideration of this request.

                                      Respectfully submitted,

                        By:   */s/ Laura M. Zaharia*
                              Scott Alan Burroughs
                              Laura M. Zaharia
                              DONIGER / BURROUGHS
                              For the Plaintiff