

Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
lzaharia@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

March 9, 2022

The conference scheduled for March 11, 2022 is adjourned to April 8, 2022, at 10 a.m.

SO ORDERED.

/s/ Alvin K. Hellerstein
March 9, 2022

**DELIVERED VIA ECF**

The Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

|  |  |
|---|---|
| **Case Title:** | ***Lixenberg v. Lebrun, et al.*** **1:21-cv-07330-AKH** |
| **Re:** | **Request for Adjournment of Initial Pretrial Conference** |

Your Honor:

   As you know, our office represents Plaintiff Dana Ruth Lixenberg ("Lixenberg") in the above-referenced case. We write to respectfully request an adjournment of the initial pretrial conference, currently set for Friday, March 11, 2022 at 10:00 am. The reason for this request is that defendant has not yet retained legal counsel and the parties are still exchanging information relevant to settlement.

   In order to allow time for settlement negotiations, Lixenberg respectfully requests a 14-day adjournment of the initial pretrial conference, or a date thereafter convenient to the Court. This is the second request for an adjournment of the initial pretrial conference, the first of which was previously granted.

   We thank Your Honor for your consideration of this request.

                    Respectfully submitted,

          By:   */s/ Laura M. Zaharia*
                    Scott Alan Burroughs
                    Laura M. Zaharia
                    DONIGER / BURROUGHS
                    For the Plaintiff

1